**PETER S. CHRISTIANSEN, ESQ.**
Nevada Bar No. 5254
pete@christiansenlaw.com
**KENDELEE L. WORKS, ESQ.**
Nevada Bar No. 9611
kworks@christiansenlaw.com
**CHRISTIANSEN LAW OFFICES**
810 S. Casino Center Boulevard, Suite 104
Las Vegas, Nevada 89101
Telephone:     (702) 240-7979
Facsimile:     (866) 412-6992
*Attorneys for Defendant Dustin Lewis*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CHRISTIANSEN LAW OFFICES
810 S. Casino Center Boulevard, Suite 104
Las Vegas, Nevada 89101
702-240-7979 • Fax 866-412-6992

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DUSTIN M. LEWIS, ET AL.,

Defendants.

CASE NO. 2:17-cr-00244-APG-NJK

**STIPULATION TO MODIFY ORDER SETTING CONDITIONS OF RELEASE [ECF No. 13]**

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by and through Steven W. Myhre, Acting United States Attorney, and John Patrick Burns, Assistant United States Attorney and Defendant, Dustin M. Lewis, by and through his attorneys, Peter S. Christiansen and Kendelee L. Works, that the Order Setting Conditions of Release [ECF No. 13] be modified as follows:

1.      Paragraph 57 shall be modified to allow Defendant up to and including December 16, 2017, within which to establish new accounts with the entity of his choice to replace his existing accounts at Wells Fargo Advisors (account numbers ending with 6212, 9336, 5589, 5797 and 4714, respectively).

/ / /

/ / /

/ / /

**CHRISTIANSEN LAW OFFICES**
810 S. Casino Center Boulevard, Suite 104
Las Vegas, Nevada 89101
702-240-7979 • Fax 866-412-6992

1       2.    All other provisions of the Order Setting Conditions of Release shall remain

2   unchanged.

3       DATED: December 5, 2017.

4   CHRISTIANSEN LAW OFFICES        UNITED STATES ATTORNEY

5

6   By  /s/ Peter S. Christiansen        By  /s/ John Patrick Burns
        PETER S. CHRISTIANSEN        JOHN PATRICK BURNS
7       KENDELEE L. WORKS        Assistant United States Attorney
8       Counsel for Dustin M. Lewis

9

10                **UNITED STATES DISTRICT COURT**
11                **DISTRICT OF NEVADA**

12  UNITED STATES OF AMERICA,        CASE NO. 2:17-cr-00244-APG-NJK

13          Plaintiff,

14  vs.

15                        **ORDER**

16  DUSTIN M. LEWIS, ET AL.,

17          Defendants.

18

19      Pursuant to the Stipulation of the parties and good cause appearing,

20      IT IS ORDERED that the Order Setting Conditions of Release [ECF No. 13] be

21  modified as follows:

22      1.    Paragraph 57 shall be modified to allow Defendant up to and including

23  December 16, 2017, within which to establish new accounts with the entity of his choice to

24  replace his existing accounts at Wells Fargo Advisors (account numbers ending with 6212,

25  9336, 5589, 5797 and 4714, respectively).

26  / / /

27

28

2.    All other provisions of the Order Setting Conditions of Release shall remain unchanged.

3.    No later than December 18, 2017, Defendant shall provide all information about any new financial accounts to his Pretrial Services Officer.

IT IS SO ORDERED.

DATED:  December 5, 2017

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

CHRISTIANSEN LAW OFFICES
810 S. Casino Center Boulevard, Suite 104
Las Vegas, Nevada 89101
702-240-7979 • Fax 866-412-6992