**PETER S. CHRISTIANSEN, ESQ.**
Nevada Bar No. 5254
pete@christiansenlaw.com
**KENDELEE L. WORKS, ESQ.**
Nevada Bar No. 9611
kworks@christiansenlaw.com
**CHRISTIANSEN LAW OFFICES**
810 S. Casino Center Boulevard, Suite 104
Las Vegas, Nevada 89101
Telephone: (702) 240-7979
Facsimile: (866) 412-6992
*Attorneys for Defendant Dustin Lewis*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-cr-00244-APG-NJK |
| Plaintiff, | |
| vs. | **STIPULATION TO MODIFY ORDER SETTING CONDITIONS OF RELEASE [ECF No. 13]** |
| DUSTIN M. LEWIS, ET AL., | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by and through Dayle Elieson, United States Attorney, and John Patrick Burns, Assistant United States Attorney and Defendant, Dustin M. Lewis, by and through his attorneys, Peter S. Christiansen and Kendelee L. Works, that the Order Setting Conditions of Release [ECF No. 13] be modified as follows:

1. Paragraph 57 shall be modified to allow Defendant up to and including May 1, 2018, within which to establish new accounts with the entity of his choice to replace his existing accounts at LPL Financial (account numbers ending with 6041, 2152, 8400, 1378 and 8731 respectively).

2. Paragraph 57 shall be further modified to allow Defendant up to and including May 1, 2018 to open a new 401K or other retirement account to which he may contribute given that he is no longer permitted to contribute to the 401K account

established during his previous tenure with LL Bradford & Company, LLC.

3. All other provisions of the Order Setting Conditions of Release shall remain unchanged.

DATED: April 4, 2018.

| CHRISTIANSEN LAW OFFICES | UNITED STATES ATTORNEY |
|---|---|
| By /s/ Peter S. Christiansen<br>   PETER S. CHRISTIANSEN<br>   KENDELEE L. WORKS<br>   Counsel for Dustin M. Lewis | By /s/ John Patrick Burns<br>   JOHN PATRICK BURNS<br>   Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DUSTIN M. LEWIS, ET AL.,<br><br>Defendants. | CASE NO. 2:17-cr-00244-APG-NJK<br><br><br><br>**ORDER** |

Pursuant to the Stipulation of the parties and good cause appearing,

IT IS ORDERED that the Order Setting Conditions of Release [ECF No. 13] be modified as follows:

1. Paragraph 57 shall be modified to allow Defendant up to and including May 1, 2018, within which to establish new accounts with the entity of his choice to replace his existing accounts at LPL Financial (account numbers ending with 6041, 2152 and 8400, 1378 and 8731 respectively).

2. Paragraph 57 shall be further modified to allow Defendant up to and including May 1, 2018 to open a new 401K or other retirement account to which he may contribute given that he is no longer permitted to contribute to the 401K account established during his previous tenure with LL Bradford & Company, LLC.

3. Defendant shall provide all information regarding any new accounts to his Pretrial Services Officer within 2 business days of the opening of each account.

4. All other provisions of the Order Setting Conditions of Release remain unchanged.

DATED: April 5, 2018

_____
UNITED STATES MAGISTRATE JUDGE