# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-00244-APG-NJK |
| Plaintiff, | **ORDER** |
| v. | (Docket No. 62) |
| DUSTIN LEWIS, | |
| Defendant. | |

Pending before the Court is the parties' stipulation to modify Defendant's conditions of release. Docket No. 62. Specifically, the parties ask the Court to modify paragraph 20 of Docket No. 13 to allow him to travel to Puerto Rico for business-related purposes. *Id*. at 1. Defendant submits that his Pretrial Services Officer has no objection to this request. *Id*.

The parties' stipulation, Docket No. 62, is hereby **GRANTED**. Paragraph 20 of Docket No. 13 is modified to state that Defendant's travel is limited to the continental United States, except that he can travel to Puerto Rico for business-related purposes in the event that he requests permission from his Pretrial Services Officer prior to making travel arrangements and that, no later than one week prior to any travel to Puerto Rico, Defendant must provide his entire itinerary, including travel dates and times, where he will stay, where he will go, and with whom he will travel, stay, and meet while he is outside the District of Nevada, to his Pretrial Services Officer. All other provisions of the order at Docket No. 13 remain unchanged.

IT IS SO ORDERED.

DATED: November 29, 2018.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE