PETER S. CHRISTIANSEN, ESQ.
Nevada Bar No. 5254
pete@christiansenlaw.com
**KENDELEE L. WORKS, ESQ.**
Nevada Bar No. 9611
kworks@christiansenlaw.com
**CHRISTIANSEN LAW OFFICES**
810 S. Casino Center Boulevard, Suite 104
Las Vegas, Nevada 89101
Telephone:    (702) 240-7979
Facsimile:    (866) 412-6992
*Attorneys for Defendant Dustin Lewis*

CHRISTIANSEN LAW OFFICES
810 S. Casino Center Boulevard, Suite 104
Las Vegas, Nevada 89101
702-240-7979 • Fax 866-412-6992

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DUSTIN M. LEWIS, ET AL.,<br><br>Defendants. | CASE NO. 2:17-cr-00244-APG-NJK<br><br>**STIPULATION TO MODIFY ORDER SETTING CONDITIONS OF RELEASE TO ALLOW TRAVEL [ECF No. 13]** |

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by and through John Patrick Burns, Assistant United States Attorney and Defendant, Dustin M. Lewis, by and through his attorneys, Peter S. Christiansen and Kendelee L. Works, that the Order Setting Conditions of Release [ECF No. 13] be modified as follows:

1. Paragraph 20, which limits Defendant Lewis' travel to the Continental U.S., shall be modified to allow Defendant to travel outside of the U.S. with travel destinations in both Israel and Greece for a family vacation with a total duration of no more than two weeks outside the U.S.A. Defendant Lewis will provide his U.S. Pretrial Services Supervising Officer with his travel documentation and itinerary at least two weeks prior to his scheduled departure date.

2. Paragraphs 17 and 19, which required the surrender of Lewis' passport and preclude him from obtaining a passport, shall be modified to require U.S. Pretrial

CHRISTIANSEN LAW OFFICES
810 S. Casino Center Boulevard, Suite 104
Las Vegas, Nevada 89101
702-240-7979 • Fax 866-412-6992

Services to return Defendant Lewis' passport to him at least two business days prior to his documented scheduled departure. Defendant Lewis shall be required to return his passport to U.S. Pretrial Services within two business days of his documented date of return to the U.S.A

3. The Pre-trial Services Officer supervising Lewis has informed Counsel for Lewis that he has no objection to Lewis traveling outside the U.S.A. with travel destinations in Greece and Israel for a family vacation so long as Defendant Lewis provides his travel itinerary in advance and returns his passport within 2 business days of his return.

4. All other provisions of the Order Setting Conditions of Release shall remain unchanged.

DATED: April 5, 2019.

CHRISTIANSEN LAW OFFICES	UNITED STATES ATTORNEY


By __/s/ Peter S. Christiansen__	By __/s/ Patrick Burns__
   PETER S. CHRISTIANSEN	   PATRICK BURNS
   KENDELEE L. WORKS	   Assistant United States Attorney
   Counsel for Dustin M. Lewis

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| UNITED STATES OF AMERICA, | CASE NO. 2:17-cr-00244-APG-NJK |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| DUSTIN M. LEWIS, ET AL., | |
| Defendants. | |

Pursuant to the Stipulation of the Parties and good cause appearing,

IT IS ORDERED that the Order Setting Conditions of Release [ECF No. 13] be modified as follows:

1. Paragraph 20, which limits Defendant Lewis' travel to the Continental U.S., shall be modified to allow Defendant to travel outside of the U.S. with travel destinations in both Israel and Greece for a family vacation with a total duration of no more than two weeks outside the U.S.A. Defendant Lewis will provide his U.S. Pretrial Services Supervising Officer with his travel documentation and itinerary at least two weeks prior to his scheduled departure date.

2. Paragraphs 17 and 19, which required the surrender of Lewis' passport and preclude him from obtaining a passport, shall be modified to require U.S. Pretrial Services to return Defendant Lewis' passport to him at least two business days prior to his documented scheduled departure. Defendant Lewis shall be required to return his passport to U.S. Pretrial Services within two business days of his documented date of return to the U.S.A

3. The Pre-trial Services Officer supervising Lewis has informed Counsel for Lewis that he has no objection to Lewis traveling outside the U.S.A. with travel destinations in Greece and Israel for a family vacation so long as Defendant

Lewis provides his travel itinerary in advance and returns his passport within 2 business days of his return.

4. All other provisions of the Order Setting Conditions of Release shall remain unchanged.

DATED: April 8, 2019.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE