**PETER S. CHRISTIANSEN, ESQ.**
Nevada Bar No. 5254
pete@christiansenlaw.com
**KENDELEE L. WORKS, ESQ.**
Nevada Bar No. 9611
kworks@christiansenlaw.com
**CHRISTIANSEN LAW OFFICES**
810 S. Casino Center Boulevard, Suite 104
Las Vegas, Nevada 89101
Telephone: (702) 240-7979
Facsimile: (866) 412-6992
*Attorneys for Defendant Dustin Lewis*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-cr-00244-APG-NJK |
| Plaintiff, | |
| vs. | **STIPULATION TO MODIFY ORDER SETTING CONDITIONS OF RELEASE [ECF No. 13]** |
| DUSTIN M. LEWIS, ET AL., | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by and through Nicholas A. Trutanich, United States Attorney, and Patrick Burns, Assistant United States Attorney and Defendant, Dustin M. Lewis, by and through his attorneys, Peter S. Christiansen and Kendelee L. Works, that the Order Setting Conditions of Release [ECF No. 13] be modified as follows:

1. Paragraph 57 shall be modified to allow Defendant up to and including October 1, 2019, within which to establish new accounts with the entity of his choice to replace his existing accounts at Wells Fargo Advisors (account numbers ending with 1863, 1031, 0026, 0804 and 4615, respectively).

/ / /

/ / /

/ / /

2. All other provisions of the Order Setting Conditions of Release shall remain unchanged.

DATED: August 20, 2019.

| CHRISTIANSEN LAW OFFICES | UNITED STATES ATTORNEY |
|---|---|
| By  /s/ Kendelee L. Works.<br>   PETER S. CHRISTIANSEN<br>   KENDELEE L. WORKS<br>   Counsel for Dustin M. Lewis | By  /s/ John Patrick Burns<br>   JOHN PATRICK BURNS<br>   Assistant United States Attorney |

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DUSTIN M. LEWIS, ET AL.,

Defendants.

CASE NO. 2:17-cr-00244-APG-NJK

**ORDER**

Pursuant to the Stipulation of the parties and good cause appearing,

IT IS ORDERED that the Order Setting Conditions of Release [ECF No. 13] be modified as follows:

1. Paragraph 57 shall be modified to allow Defendant up to and including October 1, 2019, within which to establish new accounts with the appropriate banking entity to replace his existing accounts at Wells Fargo Advisors (ending in 1863, 1031, 0026, 0804, and 4615), and to advise his Pretrial Services Officer of the new accounts.

2. All other provisions of the Order Setting Conditions of Release shall remain unchanged.

DATED: August 21, 2019.

_____
UNITED STATES MAGISTRATE JUDGE