1  NICHOLAS A. TRUTANICH
   United States Attorney
2  District of Nevada
   Nevada Bar Number 13644
3  DANIEL D. HOLLINGSWORTH
   Assistant United States Attorney
4  Nevada Bar No. 1925
   501 Las Vegas Boulevard South, Suite 1100
5  Las Vegas, Nevada 89101
   (702) 388-6336
6  Daniel.Hollingsworth@usdoj.gov
   Attorneys for the United States

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-CR-244-APG-NJK |
| Plaintiff, | **Unopposed Motion for this Court to approve the Interlocutory Sale of 1035 Aviator Court, Henderson, NV 89002 and Order** |
| v. | |
| DUSTIN LEWIS, | |
| Defendant. | |

The United States of America moves this Court to approve the offer of $740,000 for the Interlocutory Sale of the real property held in the name of Dustin M. Lewis (Leiws), Ingrid N. Lewis, and Lewis Family Living Trust located at 1035 Aviator Court, Henderson, Nevada 89002, which is more particularly described as follows:

> That portion of the North half (N 1/2) of the Northwest quarter (NW 1/4) of section 32, township 22 South, range 63 East, M.D.M. and M., described as follows:
>
> Parcel Two (2) of that certain parcel map on file in File 109 of Parcel Maps, Page 34, in the Office of the County Recorder, Clark County, Nevada, together with all improvements and appurtenances thereon, APN: 179-32-101-053

(all of which constitutes property).

This Court authorized the Unopposed Motion for Interlocutory Sale of this property and ordered its sale (ECF No. 89, 92). The first offer was lower than the three estimates of Zillow.com for $1,168,465; Redfin.com for $1,132,158; and Realtor.com for $1,104,700. The government requested, and this Court's approved the interlocutory order of sale at $999,999. That buyer withdrew the offer.

The home inspection showed serious problems at 1035 Aviator Court, Henderson, Nevada 89002, including the roof, trusses, system deficiencies, etc. After additional buyers looked at the house, Joseph A. Soraci and Kari L. Soraci offered $740,000 with these problems. Lewis, Ingrid N. Lewis, and Lewis Family Living Trust accepted the offer.

After the costs and expenses of the property sale and paying the deed of trust on the realty, the net sale proceeds will (1) pay $220,000 to OneWest Bank, the victim of Dustin M. Lewis's mortgage fraud, (2) the remaining balance of $347,401.10 will be deposited with the court registry to be applied towards the restitution of $704,002 to SCPPA in case number 2:17-CR-391-APG-VCF, and (3) possibly an additional $3,500 from escrow will be deposited with the court registry to be applied towards the restitution of $704,002 to SCPPA in case number 2:17-CR-391-APG-VCF from the security deposit if Lewis keeps good care of the property the month he lives in it after the sale. Exhibit 1, attached hereto and incorporated herein by reference as if fully set forth herein.

For the reasons stated above, the United States respectfully requests this Court to approve the sale of the property.

DATED March 25, 2020.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE
DATED: 3/26/2020

Exhibit 1 – Settlement Statement Estimate

Exhibit 1 – Settlement Statement Estimate

| | |
|---|---|
| American Land Title Association | ALTA Settlement Statement - Seller - Estimated |
| | Adopted 05-01-2015 |

**Stewart Title Company**

**7251 W. Lake Mead Blvd., Suite 350 Las Vegas, NV 89128**

**Phone: (702) 873-7020**

**File No./Escrow No.:** 20000850-201-DRS
**Print Date & Time:** 3/17/2020 -  1:06:27PM
**Officer/Escrow Officer:** Dindy Roa
**Settlement Location:** 7251 W. Lake Mead Blvd., Suite 350, Las Vegas, NV 89128
**Property Address:**  1035 Aviator Ct., Henderson, NV 89002, 179-32-101-053
**Seller:**      Lewis Family Trust
**Lender:**      Ark-La-Tex Financial Services, LLC
**Settlement Date:** 4/1/2020
**Disbursement Date:** 4/1/2020

| Description | Seller | |
|---|---|---|
| | **Debit** | **Credit** |
| **Financial** | | |
| Sale Price of Property | | 940,000.00 |
| | | |
| **Prorations/Adjustments** | | |
| County Taxes 04/01/20 to 07/01/20 | | 1,579.48 |
| Trash 04/01/20 to 05/01/20 | | 15.95 |
| | | |
| **Title Charges & Escrow/Settlement Charges** | | |
| ALTA 2006 Standard Owner's Policy (6/17/2006) to Stewart Title Company | 3,200.00 | |
| Title Escrow Fee 25% DISCOUNT to Stewart Title Company | 855.00 | |
| | | |
| **Commission** | | |
| Real Estate Commission to Windermere Prestige Properties | 28,200.00 | |
| Real Estate Commission to ERA Brokers Consolidated | 28,200.00 | |
| | | |
| **Government Recording and Transfer Charges** | | |
| County Transfer Tax to Stewart Title Company | 4,794.00 | |
| | | |
| **Payoffs** | | |
| Lender: Mr. Cooper good thru 4/9 | 308,872.48 | |
|     Principal Balance ($308,872.48) | | |
| | | |

| Description | Seller | |
|---|---|---|
| | Debit | Credit |
| Lender: One West Bank | 220,000.00 | |
|     Principal Balance ($220,000.00) | | |
| | | |
| **Miscellaneous** | | |
| Trash Current Balance Due to Republic Services of Nevada | 72.85 | |
| Rent Back WITHHOLD | 3,500.00 | |
| Seller Deposit for Rent & Security Deposit | | 7,000.00 |
| SCPPA - Applied towards restitution | 347,401.10 | |
| Security Deposit WITHHOLD | 3,500.00 | |
| | | |
| | Debit | Credit |
| **Subtotals** | 948,595.43 | 948,595.43 |
| Proceeds Due Seller | 0.00 | |
| **Totals** | 948,595.43 | 948,595.43 |

**Acknowledgement**

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/ I authorize Stewart Title Company to cause the funds to be disbursed in accordance with this statement.

Lewis Family Trust

_____

  Dustin M. Lewis, Trustee

Lewis Family Trust

_____

  Ingrid N. Lewis, Trustee

_____

Dindy Roa

Copyright 2015 American Land Title Association.
All rights reserved.

File #20000850-201-DRS