PETER S. CHRISTIANSEN, ESQ.
Nevada Bar No. 5254
pete@christiansenlaw.com
KENDELEE L. WORKS, ESQ.
Nevada Bar No. 9611
kworks@christiansenlaw.com
**CHRISTIANSEN LAW OFFICES**
810 S. Casino Center Boulevard, Suite 104
Las Vegas, Nevada 89101
Telephone:   (702) 240-7979
Facsimile:   (866) 412-6992
*Attorneys for Defendant Dustin Lewis*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| UNITED STATES OF AMERICA, | CASE NO. 2:17-cr-00244-APG-NJK |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION TO MODIFY ORDER SETTING CONDITIONS OF RELEASE [ECF No. 13]** |
| DUSTIN M. LEWIS, ET AL., | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by and through Steven W. Myhre, Assistant United States Attorney and Defendant, Dustin M. Lewis, by and through his attorneys, Peter S. Christiansen and Kendelee L. Works, with the agreement of Lewis' Supervising U.S. Pretrial Services Officer Jessie Moorehead, the Order Setting Conditions of Release [ECF No. 13] be modified as follows:

1. Paragraph 7, which requires Defendant Lewis to report to the U.S. Pretrial Services Office should be removed in its entirety.

2. Given the removal of paragraph 7's reporting requirement, paragraph 61 requiring Defendant Lewis to disclose financial information to Pretrial Services should also be removed.

3. Further, in light of the foregoing and because Defendant Lewis has already paid a substantial portion of the restitution owed in this case, paragraph 57 should

also be removed, thereby allowing Defendant Lewis to obtain new bank accounts and/or lines of credit.

4. Paragraph 17 should be removed such that Defendant may maintain his own passport and be required only to disclose international travel to the government's counsel in advance of departure.

5. All other provisions of the Order Setting Conditions of Release shall remain unchanged.

DATED: March 16, 2021

| CHRISTIANSEN LAW OFFICES | UNITED STATES ATTORNEY |
|---|---|
| By /s/ Peter S. Christiansen<br>PETER S. CHRISTIANSEN<br>KENDELEE L. WORKS<br>Counsel for Dustin M. Lewis | By /s/ Steven W. Myhre<br>STEVEN W. MYHRE<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DUSTIN M. LEWIS, ET AL.,<br><br>Defendants. | CASE NO. 2:17-cr-00244-APG-NJK<br><br>**ORDER** |

Pursuant to the Stipulation of the parties and good cause appearing,

IT IS ORDERED that the Order Setting Conditions of Release [ECF No. 13] be modified as follows:

1. Paragraph 7, which requires Defendant Lewis to report to the U.S. Pretrial Services Office is removed in its entirety.

2. Given the removal of paragraph 7's reporting requirement, paragraph 61 requiring Defendant Lewis to disclose financial information to Pretrial Services is also removed.

3. Further, in light of the foregoing and because Defendant Lewis has already paid a substantial portion of the restitution owed in this case, paragraph 57 is removed, thereby allowing Defendant Lewis to obtain new bank accounts and/or lines of credit.

4. Paragraph 17 is removed such that Defendant may maintain his own passport and is required only to disclose international travel to the government's counsel in advance of departure.

5. All other provisions of the Order Setting Conditions of Release shall remain unchanged.

///

///

6. All other provisions of the Order Setting Conditions of Release shall remain unchanged.

DATED: March 16, 2021.

_____
UNITED STATES MAGISTRATE JUDGE